

# Fourth Court of Appeals
## San Antonio, Texas

June 26, 2018

No. 04-16-00671-CR

Luis Alfredo **SERVIN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR5175
Honorable Sid L. Harle, Judge Presiding

# O R D E R

Court appointed counsel filed an *Anders* brief in this appeal on February 6, 2017, and the State filed a letter waiving its right to file a brief on February 7, 2017. On February 22, 2017, appellant filed a pro se motion seeking access to the appellate record. On February 23, 2017, this court ordered that appellant be provided with a copy of the appellate record and ordered appellant's pro se brief. After disposing of several additional motions regarding appellant's access to the appellate record, this court ordered appellant to file his brief no later than May 9, 2018. Appellant did not file a pro se brief, and this appeal was set at issue on May 24, 2018.

On June 26, 2018, Mr. Jorge Aristotelidis filed a motion to substitute as counsel and for an extension of time to review the appellate record. In the motion, Mr. Aristotelidis states he was retained by appellant's family on June 25, 2018 "to review the record, and determine if there are any non-frivolous issues to be raised on appeal." Mr. Aristotelidis requests thirty days to review the record "to determine if any meritorious issues can be identified and briefed."

The motion is GRANTED IN PART. The clerk of this court is INSTRUCTED to remove the "at issue" designation for this appeal from the court's case management system. Mr. Aristotelidis is ORDERED to file either an appellant's brief or notice of his intention not to file an appellant's brief in this court no later than July 26, 2018. The motion to substitute counsel is HELD IN ABEYANCE pending Mr. Aristotelidis's compliance with this order.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of June, 2018.

_____
Keith E. Hottle
Clerk of Court